UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KARINA G., | |
|---|---|
| Plaintiff, | NO. 1:20-CV-3078-TOR |
| v. | ORDER DENYING REPORT AND RECOMMENDATION TO DISMISS |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

BEFORE THE COURT is the Magistrate Judge's Report and Recommendation to dismiss. ECF No. 8. This matter was submitted for consideration without oral argument. The Court has reviewed the record and the parties' completed briefing and is fully informed. For the reasons discussed below, the Court **DENIES** the Report and Recommendation to dismiss.

On June 2, 2020, the Plaintiff was granted in forma pauperis status and directed to pay a partial filing fee of $50.00 within thirty days. ECF No. 4. Because of a delay in the mail, it appeared that Plaintiff did not pay the filing fee

ORDER DENYING REPORT AND RECOMMENDATION TO DISMISS ~ 1

timely.  Thus, on July 6, 2020, the Magistrate Judge entered a report and recommendation that the case be dismissed.  ECF No. 8.  The next day, the $50 arrived in the mail and Plaintiff satisfied the Judge's order.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Magistrate Judge's Report and Recommendation to dismiss, ECF No. 8, is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** July 13, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER DENYING REPORT AND RECOMMENDATION TO DISMISS ~ 2