UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARINA G.,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>            Defendant. | NO: 1:20-CV-3078-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF Nos. 23). The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 23) is **GRANTED**. This case is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

with respect to Plaintiff Karina G.'s application for Disability Insurance Benefits under Title II of the Social Security Act.

2. On remand, the administrative law judge (ALJ) shall:

    a. Update the record;

    b. Further evaluate the medical opinions and lay statements;

    c. Further evaluate the claimant's subjective complaints;

    d. As necessary, further evaluate the claimant's residual functional capacity, and the findings at steps four and five;

    e. Offer the claimant the opportunity for a hearing; and

    f. Issue a new decision.

3. Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon a timely and proper application to this Court.

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** February 23, 2021.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2