AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

|  |  |  |
|---|---|---|
| KARINA G. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:20-CV-3078-TOR |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   This case is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g), for further administrative
proceedings and a new decision with respect to Plaintiff Karina G.'s application for Disability Insurance Benefits
under Title II of the Social Security Act.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ THOMAS O. RICE _____ on the Parties' Stipulated Motion
for Remand (ECF No. 23).

Date:   February 23, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen